■ SAMUEL RAWSON et al., Appellants, v CITY OF NEW YORK, Respondent. [739 NYS2d 606] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Queens County (Flug, J.), dated April 26, 2001, which denied their motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

There are triable issues of fact (*see* CPLR 3212 [b]) with respect to the issue of comparative negligence. Altman, J.P., Smith, Krausman, McGinity and Cozier, JJ., concur.